VILLANTI, Judge.
 

 Michael C. Addison and Richard T. Pet-itt, for themselves and all others similarly situated (Appellants), appeal the trial court’s order that decertified the defendant class in this action concerning the constitutionality of imposing certain occupational license taxes on attorneys. This decertification order was based on an earlier ruling that had relied on the home venue privilege to dismiss all of the members of the defendant class that were not located in Hillsborough County. Appellants sought review of the trial court’s venue order in
 
 Addison v. City of Tampa.
 

 In the pleadings filed in this case, Appellants conceded that if this court affirmed the dismissal of the non-Hillsborough County defendants in case number 2D09-1968, this court should also affirm the ruling decertifying the class in this case because a “class” of four defendants would be improper.
 
 See
 
 Fla. R. Civ. P. 1.220(a)(1) (defining the “numerosity” requirement for class certification as arising when “the members of the class are so numerous that separate joinder of each member is impracticable”). In
 
 Addison v. City of Tampa,,
 
 No. 2D09-1968, — So.3d -, 2010 WL 1328939 (Fla. 2d DCA Apr. 7, 2010), this court affirmed the dismissal of the non-Hillsborough County defendant class members. Accordingly, we affirm the order decertifying the defendant class as well.
 

 Affirmed.
 

 WHATLEY and SILBERMAN, JJ., Concur.